PS-8
8/88

# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

U.S.A. vs. Matthew Brian Goodale                           Docket No. 7:12-CR-73-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Djoni B.Barrett, probation officer of the court, presenting an official report upon the conduct of defendant, Matthew Brian Goodale, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Raleigh, NC, on the 5th day of July, 2012, under the following conditions:

- The defendant is placed in the custody of his aunt, Kelmarie Staples.

- Report to the probation office or supervising officer as directed.

- Maintain or actively seek employment.

- Surrender any passport to the United States Probation Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: victim/or potential witness.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

Matthew Brian Goodale
Docket No. 7:12-CR-73-1
Petition For Action
Page 2

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in the following location monitoring program component and abide by its requirements as the supervising officer instructs. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the supervising officer.

- Consent to a warrant less search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology - Radio Frequency (RF) monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was released from custody on July 11, 2012. On July 12, 2012, he reported to the U.S. Probation Office in Jacksonville, North Carolina, as instructed, and was enrolled in Home Detention. The defendant self reported his last use of marijuana was on June 26, 2012, prior to his arrest, and noted that he has used alcohol since 2008.

The Conditions of Release order the defendant to participate with substance abuse testing. The probation officer is recommending the defendant's conditions of release be modified to include substance abuse treatment as well. The defendant signed a waiver agreeing with the proposed modification.

Matthew Brian Goodale
Docket No. 7:12-CR-73-1
Petition For Action
Page 3

**PRAYING THAT THE COURT WILL ORDER** the defendant's conditions of release be modified to include the defendant's participation in a program of inpatient or outpatient substance abuse therapy and counseling, if the pretrial services office or supervising officer considers it advisable.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/Djoni B. Barrett |
| Kevin L. Connolley | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Parkway, Unit #2 |
| | Jacksonville, North Carolina 28546 |
| | Phone: 910-346-5104 |
| | Executed On: July 18, 2012 |

## ORDER OF COURT

Considered and ordered this 18 day of July, 2012, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge